19 So.2d 851

### Cecil BOWIE v. STATE.
### I Div. 497.

Court of Appeals of Alabama.
Aug. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

18 So.2d 114

### Benjamin BOWMAN v. STATE.
### I Div. 476.

Court of Appeals of Alabama.
April 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 891

### Freeman BOYD v. STATE.
### 6 Div. 158.

Court of Appeals of Alabama.
Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 114

### Joe BOYD v. STATE.
### 5 Div. 205.

Court of Appeals of Alabama.
April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

17 So.2d 183

### William BRADFORD v. STATE.
### 6 Div. 28.

Court of Appeals of Alabama.
Jan. 18, 1944.

Phil Joiner, of Birmingham, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 869

### Blufford BRADLEY v. STATE.
### 8 Div. 259.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.